Same case below, 427 Fed. Appx. 351.

**No. 11-5566. Kenneth Hayes, Petitioner v. New York.**

565 U.S. 1095, 132 S. Ct. 844, 181 L. Ed. 2d 553, 2011 U.S. LEXIS 8856.

December 12, 2011. Petition for writ of certiorari to the Court of Appeals of New York denied.

Same case below, 17 N.Y.3d 46, 926 N.Y.S.2d 382, 950 N.E.2d 118.

**No. 11-5735. Jose Humberto Ramirez-Arreola, Petitioner v. United States.**

565 U.S. 1095, 132 S. Ct. 844, 181 L. Ed. 2d 553, 2011 U.S. LEXIS 8899.

December 12, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 427 Fed. Appx. 602.

**No. 11-5863. Jeremiah West, Petitioner v. United States.**

565 U.S. 1095, 132 S. Ct. 845, 181 L. Ed. 2d 553, 2011 U.S. LEXIS 8981.

December 12, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 646 F.3d 745.

**No. 11-6178. Don Ray Saltou, Petitioner v. United States.**

565 U.S. 1095, 132 S. Ct. 846, 181 L. Ed. 2d 553, 2011 U.S. LEXIS 8876.

December 12, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

**No. 11-6229. Ramon Varela-Cias, Petitioner v. United States.**

565 U.S. 1095, 132 S. Ct. 846, 181 L. Ed. 2d 553, 2011 U.S. LEXIS 8843.

December 12, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 425 Fed. Appx. 756.

**No. 11-6470. Michael Tierney, Petitioner v. Nolan P. Espinada, Warden, et al.**

565 U.S. 1095, 132 S. Ct. 846, 181 L. Ed. 2d 553, 2011 U.S. LEXIS 9003.

December 12, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 11-6732. Mansoor Alam, Petitioner v. HSBC Bank USA, N.A.**

565 U.S. 1095, 132 S. Ct. 847, 181 L. Ed. 2d 553, 2011 U.S. LEXIS 8886.

December 12, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

**No. 11-6733. Marion Alston, Petitioner v. Marty Allen, Warden.**

565 U.S. 1095, 132 S. Ct. 847, 181 L. Ed. 2d 553, 2011 U.S. LEXIS 8902.

December 12, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.